| | |
|---|---|
| 1 | COOK & ROOS LLP |
| 2 | MICHAEL E. WILBUR, CBN 152361<br>221 Main Street, Suite 1600 |
| 3 | San Francisco, California 94105<br>Telephone: 415-362-7071 |
| 4 | Facsimile: 415-362-7073 |
| 5 | Attorneys for Defendant |
| 6 | GAP INC. |
| 7 | Robert H. Blumenthal, CBN 31203 |
| 8 | LAW OFFICES OF ROBERT HENRY BLUMENTHAL<br>P.O. Box 640159 |
| 9 | San Francisco, CA 94164-0159 |
| 10 | Attorney for Plaintiff<br>TONY HUSBY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY HUSBY, | ) Case No. C 06 00635 MJJ |
| Plaintiff, | ) **STIPULATION OF DISMISSAL** |
| v. | ) **AND ORDER** |
| Gap Inc., a corporation; FIRST DOE through FIFTH DOE, inclusive; FIRST COMPANY through FIFTH COMPANY, inclusive, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed, with prejudice,

///

1  pursuant to FRCP 41(a)(1), each party to bear his/its own attorneys' fees and costs.

2  IT IS SO STIPULATED:

3  Dated: June 28, 2006

4  COOK & ROOS LLP

6  By _____
7  MICHAEL E. WILBUR
8  Attorneys for Defendant
   GAP INC.

10 Dated: June 28, 2006    LAW OFFICES OF ROBERT HENRY BLUMENTHAL

12 By _____
13 ROBERT H. BLUMENTHAL
   Attorney for Plaintiff
14 TONY HUSBY

17 IT IS SO ORDERED

18 This 29 day of June, 2006.

19 _____
20 MARTIN J. JENKINS
   UNITED STATES DISTRICT JUDGE